IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| LEIGH ROSE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ERICA L. BRACHFELD d/b/a LAW ) <br> OFFICES OF BRACHFELD & ) <br> ASSOCIATES; SESSOMS & ) <br> ROGERS, P.A.; and ARROW ) <br> FINANCIAL SERVICES LLC, ) <br> ) <br> Defendants. ) | Case No. 1:09-cv-00805-UA-WWD <br><br> **STIPULATION OF DISMISSAL** |

Now comes the Plaintiff, LEIGH ROSE, and Defendants SESSOMS & ROGERS, P.A. and ARROW FINANCIAL SERVICES LLC, and hereby advise the Court that they have stipulated that this matter shall be dismissed with prejudice, each party to assume their own costs, subject to a settlement agreement reached between the parties. Plaintiffs claims against Defendant ERICA L. BRACHFELD d/b/a LAW OFFICES OF BRACHFELD & ASSOCIATES have already been dismissed.

/s/ M. Lynette Hartsell
M. Lynette Hartsell (9845)
Attorney for Plaintiff
1010 Lakeview Drive
Cedar Grove, NC 27231
(888) 595-9111, ext. 713 (phone)
(866) 382-0092 (facsimile)
Lynette@LuxenburgLevin.com

/s/ Jeffrey M. Young
Mr. Jeffrey M. Young
Attorney for Defendant
Ellis & Winters LLP
P.O. Box 33550
Raleigh, NC 27656
(919) 865-7003 (phone)
(919) 865-7010 (fax)
jeff.young@elliswinters.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2010, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ M. Lynette Hartsell
M. Lynette Hartsell (9845)
Attorney for Plaintiff
1010 Lakeview Drive
Cedar Grove, NC 27231
(888) 595-9111, ext. 713 (phone)
(866) 382-0092 (facsimile)
Lynette@LuxenburgLevin.com